UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SALINAS,<br><br>        Petitioner,<br><br>        v.<br><br>L.S. MCEWEN, WARDEN,<br><br>        Respondent. | CASE NO. CV 12-7333-JST (PJW)<br><br>J U D G M E N T |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 31, 2012.

*/s/ Josephine Tucker*
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SALINAS, A 7333\Judgment.wpd